**VENABLE LLP**
Ari N. Rothman (SBN 296568)
  anrothman@venable.com
Witt W. Chang (SBN 281721)
  wwchang@venable.com
Nicole N. King (SBN 290204)
  nnking@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

Attorneys for Defendant
One Technologies, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| Cherie Diaz, | CASE NO.  2:21-cv-8571 |
|---|---|
| Plaintiff, | Hon. |
| v. | Courtroom |
| One Technologies LLC, and DOES 1-50 inclusive, | **DEFENDANT ONE TECHNOLOGIES, LLC'S NOTICE OF RELATED CASES** |
| Defendants. | |
| | Action Filed:  October 1, 2021
Removal:  October 29, 2021
Trial Date:  None set |

**TO THE COURT, AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF THE RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Local Rule 83-1.3, defendant One Technologies, LLC gives notice that the following action filed in this district is related: *Durward v. One Technologies, LLC* ("*Durward*"), Case No. 2:19-cv-06371-GW(AGRX).

Under Local Rule 83-1.3.1, courts find an action related whenever two or more civil cases filed in this District:

(a) arise from the same or a closely related transaction, happening, or event;

(b) call for determination of the same or substantially related or similar questions of law and fact; or

(c) for other reasons would entail substantial duplication of labor if heard by different judges.

L.R. 83-1.3.1.  Each factor warrants finding *Durward* related to the above-titled action.

First, *Durward* arises from the same transactions, happenings and events as those in the above-captioned action because the complaints in both cases, filed by the same lawyers, assert the same causes of action for violations of California's anti-spam statute codified at Business and Professions Code section 17529.5 *et seq*. The plaintiffs in each case allege that they received unlawful commercial emails from third party advertising affiliates of One Technologies without consenting to receive them.

Second, the present litigation case calls for determination of the same questions of law and fact found in *Durward*.  Both plaintiffs seek statutory damages and attorneys' fees for alleged violations of California Business and Professions Code section 17529.5 *et seq.*, and One Technologies will move to dismiss this action for the same reasons that it moved to dismiss *Durward*.

Third, having these cases assigned to a single judge is appropriate because they involve the same defendant and virtually identical allegations and claims for relief. The actions would otherwise entail substantial duplication of labor if heard by different judges.

Dated:  October 29, 2021          VENABLE LLP

By:  */s/ Ari Rothman*
  Ari N. Rothman
  Witt W. Chang
  Nicole N. King
Attorneys for Defendant
One Technologies, LLC

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is Venable LLP, 2049 Century Park East, Suite 2300, Los Angeles, California.

On **October 29, 2021**, I served a copy ☒ / original ☐ of the foregoing document(s) described as **DEFENDANT ONE TECHNOLOGIES, LLC'S NOTICE OF RELATED CASES** on the interested parties in this action addressed as follows:

Thomas Valfrid Anderson, Esq.          *Attorney for Plaintiff,*
William G. Silverstein, Esq.           *Cherie Diaz*
J. Daniel Jung, Esq.
ANDERSON & JUNG
21600 Oxnard Street, Suite 1030
Woodland Hills, CA 91367
(213) 927-6922

☒     By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

☒     **BY MAIL (FRCP 5(b)(2)(C))**:  I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service.  Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, Suite 2300, Los Angeles, California, in the ordinary course of business.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **October 29, 2021**, at Los Angeles, California.


                      */s/ Anna Park*
                      Anna Park