**VENABLE LLP**
Ari N. Rothman (SBN 296568)
  anrothman@venable.com
Witt W. Chang (SBN 281721)
  wwchang@venable.com
Nicole N. King (SBN 290204)
  nnking@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

Attorneys for Defendant
One Technologies, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Cherie Diaz,<br><br>                    Plaintiff,<br><br>         v.<br><br>One Technologies LLC, and DOES 1-50 inclusive.,<br><br>                    Defendants. | CASE NO. 2:21-cv-08571-GW-AGR<br><br>Hon. George H. Wu<br>Courtroom 9D<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ONE TECHNOLOGIES, LLC'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)**<br><br>Date:         January 20, 2022<br>Time:         8:30 a.m.<br>Crtrm.:       9D<br><br>Action Filed:      October 1, 2021<br>Removal:           October 29, 2021<br>Trial Date:        None set |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

On January 20, 2022, at 8:30 a.m., defendant One Technologies, LLC's Motion to Dismiss Complaint for Lack of Personal Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(2) came on for hearing before the Honorable George H. Wu in Courtroom 9D of the above-captioned Court.

After full consideration of the papers presented in support of and in opposition to the motion, the authorities submitted by counsel, and counsel's oral argument, the Court hereby GRANTS One Technologies' motion and ORDERS plaintiff Cherie Diaz's complaint be dismissed for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. George H. Wu
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Venable LLP, 2049 Century Park East, Suite 2300, Los Angeles, California.

On **December 3, 2021**, I served a copy ☑ / original ☐ of the foregoing document(s) described as **[PROPOSED] ORDER GRANTING DEFENDANT ONE TECHNOLOGIES, LLC'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)** on the interested parties in this action addressed as follows:

| | |
|---|---|
| Thomas Valfrid Anderson, Esq.<br>William G. Silverstein, Esq.<br>J. Daniel Jung, Esq.<br>ANDERSON & JUNG<br>21600 Oxnard Street, Suite 1030<br>Woodland Hills, CA 91367<br>(213) 927-6922 | *Attorney for Plaintiff,*<br>*Cherie Diaz* |

☑   By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

☑   **BY MAIL (FRCP 5(b)(2)(C))**: I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, Suite 2300, Los Angeles, California, in the ordinary course of business.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **December 3, 2021**, at Los Angeles, California.

                                        */s/ Anna Park*
                                           Anna Park