**VENABLE LLP**
Ari N. Rothman (SBN 296568)
  anrothman@venable.com
Witt W. Chang (SBN 281721)
  wwchang@venable.com
Nicole N. King (SBN 290204)
  nnking@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Defendant
One Technologies, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Cherie Diaz,<br><br>                    Plaintiff,<br><br>      v.<br><br>One Technologies LLC, and DOES 1-50 inclusive.,<br><br>                    Defendants. | CASE NO. 2:21-cv-08571-GW-AGR<br><br>Hon. George H. Wu<br>Courtroom 9D<br><br>**JOINT STIPULATION TO DEFER RULE 26(f) SCHEDULING CONFERENCE**<br><br>Action Filed:     October 1, 2021<br>Removal:          October 29, 2021<br>Sch. Conf. Date:  December 20, 2021<br>Trial Date:       None set |

JOINT STIPULATION TO DEFER RULE 26(f) SCHEDULING CONFERENCE

Pursuant to Local Rules 40-1, 40-1.1, and 40-1.2 and the procedures of this Court, plaintiff Cherie Diaz and defendant One Technologies, LLC, by and through their undersigned attorneys of record, hereby stipulate, subject to the Court's approval, that the Court: (1) vacate the Rule 26(f) Scheduling Conference (currently scheduled for December 20, 2021 at 8:30 a.m.) and the due date of the parties' Joint Rule 26(f) Report (currently, December 13, 2021); and (2) set the Rule 26(f) Scheduling Conference and the due date for the parties' Joint Rule 26(f) Report after ruling on plaintiff's forthcoming motion to remand and One Technologies' pending motion to dismiss for lack of personal jurisdiction.

WHEREAS, on October 1, 2021, plaintiff filed a civil action in the Superior Court of the State of California for the County of Los Angeles, entitled *Diaz v. One Technologies LLC* (Case No. 21STCV36308);

WHEREAS, defendant timely removed the action to this Court on October 29, 2021 (Dkt. No. 1);

WHEREAS, on November 9, 2021, the Court set a Rule 26(f) Scheduling Conference for December 20, 2021 at 8:30 a.m. and ordered the parties to file a Joint 26(f) Report with the Court no later than December 13, 2021 (Dkt. No. 13);

WHEREAS, on December 3, 2021, One Technologies filed a motion to dismiss for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2) (Dkt. No. 14), the grounds for which are materially identical to those set forth in the motion the Court granted in *Julia Durward v. One Technologies LLC* (United States District Court for the Central District of California, Case No. 2:19-CV-06371-GW (AGRx)) ("Durward Action");

WHEREAS, plaintiff intends to file a motion to remand, the grounds for which will be materially identical to those set forth in the motion the Court denied in the Durward Action;

WHEREAS, on November 16, 2021, the parties discussed their respective motions described above;

1  WHEREAS, both motions have the potential to dispose of the entire complaint as it relates to this Court, either through remand to state court, or dismissal for lack of personal jurisdiction over One Technologies;

WHEREAS, there have been no prior requests for continuances;

WHEREAS, the parties agree that no party would be prejudiced by the requested continuance; and

WHEREAS, in light of the parties' motions and in the interest of conserving the parties' and the Court's resources, the parties agree that good cause exists to: (1) vacate the Rule 26(f) Scheduling Conference and the due date of the parties' Joint Rule 26(f) Report; and (2) set the Rule 26(f) Scheduling Conference and the due date of the parties' Joint Rule 26(f) Report after the Court rules on plaintiff's forthcoming motion to remand and One Technologies' pending motion to dismiss.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

The Rule 26(f) Scheduling Conference (currently set for December 20, 2021 at 8:30 a.m.) and the due date for the parties' Joint Rule 26(f) Report (currently, December 13, 2021) be vacated; and the Court will set dates for the foregoing after ruling on plaintiff's forthcoming motion to remand and One Technologies' pending motion to dismiss.

Dated: December 7, 2021

ANDERSON & JUNG

By: /s/ J. Daniel Jung
Thomas Valfrid Anderson
J. Daniel Jung

Attorneys for Plaintiff
Cherie Diaz

Dated: December 7, 2021

VENABLE LLP

By: /s/ Ari N. Rothman
Ari N. Rothman
Witt W. Chang
Nicole N. King

Attorneys for Defendant
One Technologies, LLC

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that J. Daniel Jung, counsel for plaintiff, concurs in the filing's content and has authorized the filing.

Dated:  December 7, 2021              VENABLE LLP

                                     By:  */s/ Ari N. Rothman*
                                          Ari N. Rothman
                                          Witt W. Chang
                                          Nicole N. King

                                     Attorneys for Defendant
                                     One Technologies, LLC

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Venable LLP, 2049 Century Park East, Suite 2300, Los Angeles, California.

On **December 7, 2021**, I served a copy ☒ / original ☐ of the foregoing document(s) described as **JOINT STIPULATION TO DEFER RULE 26(f) SCHEDULING CONFERENCE** on the interested parties in this action addressed as follows:

Thomas Valfrid Anderson, Esq.        *Attorney for Plaintiff,*
William G. Silverstein, Esq.         *Cherie Diaz*
J. Daniel Jung, Esq.
ANDERSON & JUNG
21600 Oxnard Street, Suite 1030
Woodland Hills, CA 91367
(213) 927-6922

☒   By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

☒   **BY MAIL (FRCP 5(b)(2)(C))**: I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, Suite 2300, Los Angeles, California, in the ordinary course of business.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **December 7, 2021**, at Los Angeles, California.

              */s/ Anna Park*
              Anna Park