```
1  ANDERSON & JUNG
2  J. Daniel Jung, Esq. (SBN 243436)
   21600 Oxnard St., Suite 1030
3  Woodland Hills, CA 91367
4  (213) 927-6922
        Attorneys for Plaintiff
5
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| Cherie Diaz,<br><br>        Plaintiff,<br><br>    v.<br><br>One Technologies LLC, and DOES<br><br>1-50 inclusive.,<br><br>        Defendants. | Case No.: 2:21-cv-08571 GW (RAOx)<br><br>DECLARATION OF J. DANIEL JUNG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION TO CONSOLIDATE HEARING DATES AND BRIEFING SCHEDULES OF MOTION TO DISMISS AND MOTION TO REMAND DATES<br><br>Date/Time:    Under Submission<br>Crtrm.:       9D<br><br>Action Filed: October 1, 2021<br>Action Removed: October 29, 2021<br>Trial Date: None Set<br>Honorable George Wu |

I, J. Daniel Jung, declare as follows:

1. I am over eighteen years of age and am a resident of California.

2. The following facts are based on my personal knowledge, except as to those stated on information and belief, and as to those matters, I believe them to be true. If called as a witness, I could and would testify competently and truthfully to them under oath.

3. On November 16, 2021, I had a meet and confer with Ari Rothman, counsel for Defendant One Technologies, LLC ("Defendant") regarding Plaintiff's Motion to remand. During this, we had discussed several dates. We had agreed upon January 6, 2022 for Plaintiff's Motion to Remand.

4. During this meet and confer, Plaintiff asked that Defendant defer its Motion to Dismiss until after the ruling on Plaintiff's Motion to Remand, as an effort to save resources. Rothman appeared to recognized the wisdom of this request and stated that he would need his clients permission to grant this request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2021, at Los Angeles, California

/s/ J. Daniel Jung
J. Daniel Jung
Attorney for Plaintiff Cherie Diaz